United States District Court
Southern District of Texas
**ENTERED**
March 11, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Nassoom Bahjat M Sabeeh Al Khdhairi and Mohammed Anwer Al Quaimaqchi, <br><br> *Plaintiffs,* <br><br> v. <br><br> United States Citizenship and Immigration Services and Ur Mendoza Jaddou, <br><br> *Defendants.* | Case No. 4:24-cv-00497 |

## **MEMORANDUM AND RECOMMRENDATION**

In this dispute, Plaintiffs Nassoom Bahjat M Sabeeh Al Khdhairi and Mohammed Anwer Al Quaimaqchi seek mandamus relief to compel Defendants United States Citizenship and Immigration Services and Ur Mendoza Jaddou to adjudicate Plaintiffs' applications for naturalization. Dkt. 1. Shortly after the case was referred to the undersigned judge, Dkt. 6, Defendants filed an unopposed motion to dismiss all claims, Dkt. 7. As the motion states, there is no longer a live controversy because Plaintiffs' naturalization applications were approved on March 8, 2024. Dkt. 7 at 1-3.

Accordingly, because Defendants have already granted the relief sought in Plaintiffs' complaint, it is **RECOMMENDED** that this case be

**DISMISSED** without prejudice, and that a separate final judgment be entered under Fed. R. Civ. P. 58(a) dismissing this case without prejudice for want of subject matter jurisdiction.

Signed on March 11, 2024, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge