United States District Court
Southern District of Texas
**ENTERED**
April 02, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NASSOOM AL KHDHAIRI, *et al.*, | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 4:24-CV-00497 |
| UR M. JADDOU, *et al.*, | § |
| Defendants. | § |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on March 11, 2024. Doc. #8. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See also United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Defendants United States Citizenship and Immigration Services and Ur Mendoza Jaddou's Unopposed Motion to Dismiss (Doc. #7) is GRANTED, and this case is hereby DISMISSED WITHOUT PREJUDICE. A final judgment will be entered concurrently.

It is so ORDERED.

\_\_\_\_APR 0 2 2024\_\_\_\_
Date

_____
The Honorable Alfred H. Bennett
United States District Judge