United States District Court
Southern District of Texas
**ENTERED**
April 02, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NASSOOM AL KHDHAIRI, *et al.*, § § §  Plaintiffs, § § VS. § UR M. JADDOU, *et al.*, § § §  Defendants. § | CIVIL ACTION NO. 4:24-CV-00497 |

## FINAL JUDGMENT

The Court **ORDERS** that the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE** for want of subject matter jurisdiction.

**THIS IS A FINAL JUDGMENT.**

APR 0 2 2024
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge